UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHWEST VENTURE PARTNERS II, LP,<br><br>    Defendant. | NO. CV-07-139-RHW<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

Before the Court is the parties' Stipulated Motion to Dismiss (Ct. Rec. 20). The motion was heard without oral argument and on an expedited basis.

The parties ask the Court to dismiss the case with prejudice. Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss (Ct. Rec. 20) is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 3rd day of October, 2007.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Northwest Venture Partners\dismiss.wpd

**ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1**